

**THE CITY OF NEW YORK**

| MURIEL GOODE-TRUFANT | **LAW DEPARTMENT** | THOMAS LAI |
|---|---|---|
| *Corporation Counsel* | 100 CHURCH STREET | *Senior Counsel* |
| | NEW YORK, NY 10007 | E-mail:tlai@law.nyc.gov |
| | | Phone: (212) 356-2336 |
| | | Fax: (212) 356-3509 |

October 17, 2025

**VIA ECF**
Honorable Denise L. Cote
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Granted. The conference is adjourned to 3/6 at 11:00 a.m.*

*/s/ Denise Cote*
*10/20/25*

Re:   *Jaylin Ryan v. City of New York et al.*
      25 Civ. 04727 3141

Your Honor:

I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney assigned to represent defendant City of New York in this matter. The City writes to respectfully request a forty-five (45) day enlargement of time from today, October 17, 2025, to December 1, 2025, to answer or otherwise respond to the Complaint. As this case is participating in the Section 1983 Plan under Local Civil Rule 83.10 (the "Plan"), a corresponding extension of the Plan deadlines and an adjournment *sin dine* of the Initial Pretrial Conference scheduled for October 30, 2025 is also being requested. In addition, this Office respectfully requests that the Court, *sua sponte*, grant a corresponding enlargement of time to the individuals Defendants Brian Mahon, Joel Ayala, James Geberth, Crystal Dones, John Medina, and Patrick Jean. This is the first request for an enlargement. Plaintiff's counsel, Eric Sanders, consents to this enlargement.

Plaintiff brings this action, pursuant to 42 U.S.C. §1983, against Defendants City, Mahon, Ayala, Geberth, Dones, Medina, and Jean alleging various constitutional violations including unlawful seizure, false arrest, and excessive force. Specifically, Plaintiff alleges that, on December 28, 2024, officers aggressively approached and physically assaulted him by slamming him against the car and punching him in the face. Plaintiff was subsequently issued a summons, released, and then sought medical treatment.

There are several reasons for seeking an enlargement. First, in accordance with this Office's obligations under Rule 11 of the Federal Rules of Civil Procedure, this Office needs more time to investigate the allegations set forth in the Complaint. Although the 160.50 release was not served with the complaint as required by the Plan, Plaintiff subsequently provided it and filed a letter on the docket indicating same. Dkt. No. 19. This Office must still obtain additional underlying records, including medical records. Defendant has requested and awaits executed conforming medical releases from Plaintiff so that they can get Plaintiff's medical records and investigate that portion of his case. Further, Plaintiff's assertion that the 160.50 release is unnecessary as there are no additional sealed records responsive to this litigation, Dkt. No. 19, is incorrect. Plaintiff is alleging that he was assaulted by Defendants which indicates the existence of underlying police paperwork which would be deemed sealed in furtherance of the disposition of the criminal case.

Second, it appears that there is an open Internal Affairs Bureau Investigation pertaining to this incident. This investigation will impact this Office's ability to obtain additional records and will affect our ability to interview the individual Defendants who may be the subject to this investigation. The additional time requested will allow this Office to investigate the status of this investigation and, to the extent additional time is needed, the City may make an additional application.

Accordingly, the City respectfully requests an enlargement of time for all City Defendants to December 1, 2025 to respond to the Complaint; and a corresponding extension of the Plan deadlines. Defendant City of New York thanks the Court for its attention to this matter.

Respectfully submitted,

*Thomas Lai s/*
Thomas Lai
Senior Counsel
Special Federal Litigation Division

cc:   **VIA ECF**
    Eric Sanders
    The Sanders Firm, P.C.
    30 Wall Street
    8th Floor, 10005
    New York, New York 10005